1  DAVID F. MCDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
2  PURVI G. PATEL (CA SBN 270702)
   PPatel@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
4  Los Angeles, California  90013
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Defendant
   BED BATH & BEYOND INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | SHELBY BENNETT, an individual, on behalf of herself and all others similarly situated, | Case No. 3:11-cv-02220-JCS CRB
13 |  | **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**
14 | Plaintiffs, |
15 | v. | Hon. Joseph C. Spero
16 | BED BATH & BEYOND, INC., a New York corporation, and DOES 1 through 50, inclusive, |
17 | Defendants. | Complaint Filed:  March 4, 2011

# STIPULATION

Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the Northern District of California, Plaintiff Shelby Bennett ("Plaintiff") and Defendant Bed Bath & Beyond Inc. ("BBB"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on March 4, 2011, and served BBB with the Complaint on or about April 8, 2011;

WHEREAS, BBB filed a Notice of Removal to remove the action to this Court on May 6, 2011;

WHEREAS, under Federal Rule of Civil Procedure 81(c)(2)(C), BBB's deadline to respond to the Complaint is May 13, 2011;

WHEREAS, Plaintiff intends to file an Amended Complaint on or before May 20, 2011;

WHEREAS, BBB does not object to Plaintiff's filing of an Amended Complaint and, by electing not to object, BBB does not waive any defenses it may have to the Amended Complaint;

WHEREAS, good cause exists for an extension of BBB's deadline to respond to the Amended Complaint because BBB requires sufficient time to investigate the factual bases of Plaintiff's amended claims;

WHEREAS, the extension of time for BBB to answer or otherwise respond to the Amended Complaint will not alter the date of any event or deadline already fixed by the Court;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that:

1. Plaintiff shall file an Amended Complaint on or before May 20, 2011; and
2. BBB shall have thirty (30) days from the filing date of Plaintiff's Amended Complaint to answer or otherwise respond to the Amended Complaint.

| | | |
|---|---|---|
| 1 | Dated: May 11, 2011 | DAVID F. MCDOWELL |
| 2 | | PURVI G. PATEL |
| | | MORRISON & FOERSTER LLP |

By:  /s/ Purvi G. Patel
     Purvi G. Patel

*Attorneys for Defendant*
*Bed Bath & Beyond Inc.*

Dated: May 11, 2011

GENE J. STONEBARGER
RICHARD D. LAMBERT
STONEBARGER LAW

By:  /s/ Gene J. Stonebarger
     Gene J. Stonebarger

*Attorneys for Plaintiff*
*Shelby Bennett, an individual, on*
*behalf of herself and all others*
*similarly situated*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 7, 2011

By: _____
    Honorable Judge Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

# ECF ATTESTATION

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**. In accordance with General Order 45 X.B, concurrence in the filing of this document has been obtained from Gene J. Stonebarger, counsel for Plaintiff, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: May 11, 2011

DAVID F. MCDOWELL
PURVI G. PATEL
MORRISON & FOERSTER LLP

By: /s/ Purvi G. Patel
    Purvi G. Patel

*Attorneys for Defendant*
*Bed Bath & Beyond Inc.*